1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEUCADIO DIAZ, BENITO DIAZ, ADAN DIAZ, JORGE BARRIENTOS, JUAN JOSE CARMONA, JOSE LUIS APARICIO, ELTON MAURIZIO RAZO THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC; LMS INTELLIBOUND; PROGRESSIVE LOGISTICS SERVICES, LLC; HUGO LEON, an individual, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. SACV14-1867 JLS (ANx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br><br><br><br><br>Complaint Filed  : July 3, 2014<br>Removal Filed    : November 24, 2014<br>F.P.C.           : February 12, 2016<br>Trial            : March 1, 2016 |

ORDER TO DISMISS CASE WITH PREJUDICE

21304861v.1

1

The Court having considered the Joint Stipulation For Dismissal With Prejudice

2

Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)-(B), filed on December 17,

3

2015, by Plaintiff Leucadio Diaz, Plaintiff Benito Diaz, Plaintiff Adan Diaz, Plaintiff

4

Jorge Barrientos, Plaintiff Juan Jose Carmona, Plaintiff Jose Luis Aparicio, and Plaintiff

5

Elton Maurizio Razo Thomas (collectively, "Plaintiffs") and Defendant Capstone

6

Logistics, LLC ("Capstone"), Defendant LMS Intellibound, LLC ("LMS"), Defendant

7

Progressive Logistics Services, LLC ("PLS"), and Defendant Hugo Leon (collectively,

8

"Defendants"), by and through their respective counsel, and good cause appearing,

9

**IT IS HEREBY ORDERED** that:

10

    1.     The case is dismissed in its entirety with prejudice.

11

    2.     Each party shall bear its own fees and costs.

12

13

14

15

Dated: December 17, 2015

JOSEPHINE L. STATON

16

Hon. Josephine L. Staton
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER TO DISMISS CASE WITH PREJUDICE

21304861v.1